1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY GEROLAGA,

11              Petitioner,              No. CIV S-06-2396 WBS DAD P

12       vs.

13   WARDEN KRAMER,

14              Respondent.             <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On November 13, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within ten days.  Petitioner has

22   not filed objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   /////

26   /////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed November 13, 2006, are adopted in

3    full; and

4       2.  This action is dismissed without prejudice to the proper commencement of a

5    habeas action.

6    DATED:   December 12, 2006

7

8                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
9

10

11

12   /gero2396.800hc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2